UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE GARCIA and
TAMMY DENNISON,

        NO. CIV. S-08-2014 LKK/GGH

    Plaintiffs,

  v.

O R D E R

EXPOSE III; ANTHONY HWANG dba
EXPOSE III; DONLON GABRIELSEN;
AGNES GABRIELSEN; and DOES 1-10,
inclusive,

    Defendants.
_____/

    Good cause appearing and in accordance with Local Rule 3-120(f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to transfer the case to the Fresno division. The scheduling conference currently set for December 1, 2008 is VACATED.

    IT IS SO ORDERED.

    DATED: September 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT